### 12909.   GRUBBS v. ELROD, next friend.

JENKINS, P. J.   When this case was previously here upon exceptions to the overruling of demurrers to the petition, it was held that, "even though a physician or surgeon may be skilled in his profession, he is nevertheless under a duty to exercise reasonable care and skill in the performance of an operation, and his failure to do so is a tort for which a recovery may be had," and that the petition set out a cause of action. *Grubbs* v. *Elrod*, 25 *Ga. App.* 108 (102 S. E. 908). While the burden was on the plaintiff to show a want of due care, skill, and diligence, the question of negligence was one of fact for the jury. *Ga. Northern Ry. Co.* v. *Ingram*, 114 *Ga.* 639 (40 S. E. 708); *Fincher* v. *Davis*, 27 *Ga. App.* 494 (108 S. E. 905); *Edwards* v. *Roberts*, 12 *Ga. App.* 140 (76 S. E 1054). The exceptions now taken are limited in effect to the general grounds. The jury having been authorized, to consider the nature of the injury itself with "all the attendant facts and circumstances which might throw light on the ultimate question" of negligence (*Pace* v. *Cochran*, 144 *Ga.* 261, 265 (86 S. E. 934); *Fincher* v. *Davis*, supra), and having found a verdict for the plaintiff in the sum of fifty dollars, which verdict has the approval of the trial judge, this court will not interfere, since it cannot be said as a matter of law that the verdict was absolutely unauthorized, although there was very strong evidence for the defendant which tended to negative wholly any lack of skill or diligence on his part.

*Judgment affirmed. Stephens and Hill, JJ., concur.*

DECIDED MAY 6, 1922.

Action for damages; from city court of Americus — Judge Harper.   August 1, 1921.

*J. W. Smith, Shipp & Sheppard,* for plaintiff in error.

*T. T. James, R. L. Maynard,* contra.

---

### 13027.   SHINALL BROTHERS v. CARTERSVILLE ELECTRIC COMPANY.

HILL, J.   The motion for a new trial contains, besides the usual general grounds, seven special assignments of error as to extracts from the charge of the court. Each one of these grounds has been examined in connection with the entire charge and the evidence, and no error is discovered. The instructions as a whole correctly presented to the jury the issues involved. The verdict is fully supported by the evidence.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED MAY 6, 1922.

Complaint; from city court of Cartersville — Judge Aubrey. October 5, 1921.

*William T. Townsend,* for plaintiffs in error.

*Finley, Henson & Henson,* contra.